# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:10cv24

| | | |
|---|---|---|
| UNITED STATES for the use and benefit | ) | |
| of Ace Construction Enterprises, LLC; | ) | |
| and ACE CONSTRUCTION ENTERPRISES, | ) | |
| LLC, a North Carolina Limited Liability | ) | |
| Company, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| WECC, INC., a North Carolina Corporation; | ) | |
| and LIBERTY MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on notice received from the parties that this action has been resolved. Counsel will be required to file a joint Stipulation of Dismissal in accordance with Rule 41, Federal Rules of Civil Procedure, not later than January 21, 2011.


## ORDER

**IT IS, THEREFORE, ORDERED** that counsel for the parties file a joint Stipulation of Dismissal in accordance with Rule 41, Federal Rules of Civil

Procedure, not later than January 21, 2011.

Signed: January 3, 2011

Dennis L. Howell
United States Magistrate Judge